# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM F. NORDEEN and CAROL A. NORDEEN,<br><br>         Plaintiff(s),<br><br>  v.<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE CO., et al.,<br><br>         Defendant(s). | Case No. 2:14-CV-1470 JCM<br><br>ORDER |

  Presently before the court is a motion for extension of time filed by appellants William F. Nordeen and Carol A. Nordeen (hereinafter "appellants"). (Doc. # 9). Appellants seek an extension of seven to ten days to submit their opening brief. Appellants' opening brief is currently due on January 8, 2015. (Doc. # 8).

  Appellants' brief was originally due on December 11, 2014. On December 1, 2014, appellants filed their first motion for an extension of time. (Doc. # 7). Appellants sought a 30 day extension due to the fact that they are in their seventies, are appealing pro se, and do not have the requisite funds to obtain legal assistance. (Doc. # 7). On December 4, 2014, the court granted appellants' motion. (Doc. # 8).

  Appellants now move for an additional seven to ten days to file their opening brief. (Doc. # 9). Appellants state that appellant Carol A. Nordeen ("Carol") had to have a CT scan on December 29, 2014, for neck, ear, and sinus pain due to an accident. (Doc. # 9).

  Appellants state that in preparing the excerpts of record for binding, Carol hurt this area. Appellants explain that Carol is having difficulty finishing the opening brief on the computer because of the pain. (Doc. # 9).

**James C. Mahan**
**U.S. District Judge**

1   Appellants represent that the excerpts of record are completed.  However, appellants
2 request additional time to finish their opening brief.  (Doc. # 9).
3   Good cause appearing,
4   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that appellants' motion for
5 extension of time, (doc. # 9), be, and the same hereby is, GRANTED.  Appellants shall have up
6 to and including January 15, 2015 to file their opening brief.
7   DATED January 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -